

# SOLAR ENERGY SYSTEM HOME IMPROVEMENT CONTRACT

## TO BE USED IN THE STATE OF NEW MEXICO

**"Notice of Cancellation" (form attached) may be sent to the Contractor at the address noted below:**

| **Customer** | **Contractor** |
|---|---|
| MICHAEL EVANS<br>745 PLAYFUL MEADOWS CIR NE<br>RIO RANCHO, NM 87144<br>[redacted]mail.com | SunPower Corporation, Systems<br>Attn: SunPower<br>8900 Amberglen Boulevard, Suite 325<br>Austin, Texas 78729<br>(800) 786-7693<br>Contractor License No. 386464 |

**[illegible] about your [illegible] Energy System Home [illegible]**

| | |
|---|---|
| **Date of Agreement** | April 11, 2023 |
| **Estimated Rebate (if applicable)** | Retained by Customer |
| **Co-Payment Paid by Customer to Contractor at Energy Start Date** | $0.00 |
| **Total Contract Price** | $23,757.58 |
| **Year 1 Production Estimate** | 10,289 kWh |

**Schedule of Progress Payments:**

**Payment of the applicable invoiced amount of the Total Contract Price (as such term defined above) is due and payable upon the date specified in the table below. Your final invoice will be due and payable upon the first date when the following things have happened: (a) Contractor can verify that the System (as defined below) was placed into operation, (b) interconnection of the System is complete with the utility; and (c) all approvals needed to operate the System are in place (collectively, the "Energy Start Date").**

☑ Check this box if you are pursuing financing from a financing entity approved by Contractor for the purchase and installation of the System (as defined below) under this Agreement. By checking this box, and upon notification to Contractor that such financing has been successfully obtained prior to the completion of the engineering site audit of your Premises, Contractor shall disregard the schedule of progress payments below and shall accept payment in full in the amount of the Total Contract Price from the Customer and the financing entity on behalf of the Customer upon the Loan Commencement Date.

| **Work to be Completed:** | **Amount Due:** | **When Due:** |
|---|---|---|
| **Design, Engineering, and Delivery of Materials (collectively, the "Installation Commencement Activities")** | $0.00 | **Due and payable upon the date the Installation Commencement Activities are completed.** |
| **Completion of Installation of the System and all work required under this Agreement.** | $0.00 | **Due and payable upon the Energy Start Date.** |

**Description of the project and significant materials to be used and equipment to be installed:**

**Description:** **Installation of new photovoltaic:** 5.60kW (solar energy) system
**Quantity and model of panel to be installed:** 14 x Waaree Energies Ltd. 400W (Model SPR-U-400-BLK-W-DC) Solar Panels
**Quantity and model of inverter(s) to be installed:** Type H / SPWR-A5 (IQ 7HS)(14)
**Mounting/Racking to be installed:** InvisiMount
**Monitoring to be installed:** PVS6 Monitoring Kit

**NOTE:**
**Loan Number (if applicable):** 5036065

**Approximate Time for Start & Completion of Installation:**

| | |
|---|---|
| **Approximate Start Date:** | **within fifteen (15) days after this Agreement (including the last amendment or change order) being signed by both parties.** |
| **Approximate Completion Date:** | **within ninety (90) days after this Agreement (including the last amendment or change order) being signed by both parties.** |

**Commencement of work under this Agreement shall be defined as the design and engineering of the photovoltaic (solar energy) System.**

## 1. INTRODUCTION

This Solar Energy System Home Improvement Contract (this "Agreement") is the agreement between the individual(s) identified as "Customer(s)" above (collectively referred to in this Agreement as "Customer" or "you") and SunPower Corporation, Systems (referred to in this Agreement as "SunPower" or "Contractor" or "we" or "us" or "our"). By this Agreement, we will provide to you certain services for the installation of a photovoltaic solar system described on Page 2 of this Agreement (the "System"), and a limited warranty as described in full below in this Agreement.

YOU AGREE THAT CONTRACTOR IS PERMITTED TO EXERCISE ITS RIGHT TO INSTALL A SYSTEM THAT DIFFERS FROM THE SYSTEM DESCRIPTION PROVIDED ABOVE ON THE CONDITION THAT SUCH SYSTEM INCLUDES SUBSTANTIALLY EQUIVALENT OR BETTER EQUIPMENT WITH EQUAL TO OR GREATER OUTPUT AND CONTRACTOR NOTIFIES YOU ABOUT THE UPDATED SYSTEM DESCRIPTION. IF CONTRACTOR EXERCISES SUCH RIGHT IN ACCORDANCE WITH THIS PARAGRAPH, THEN YOU WILL NOT HAVE THE RIGHT TO REJECT OR TERMINATE THIS AGREEMENT.

**List of Documents Incorporated into this Agreement:** **Exhibit A** (Notice of Cancellation), **Exhibit B** (SunPower Limited Product and Power Warranty), **Exhibit C** (Certificate of Acceptance), and **Exhibit D** (Distributed Generation Disclosure Statement). Please read this Agreement and related documents carefully; this Agreement is a legally binding agreement between you and us.

The pricing in this Agreement is valid for thirty (30) days after April 11, 2023. If you do not sign this Agreement and return it to us on or prior to thirty (30) days after April 11, 2023, then Contractor reserves the right to reject this Agreement unless you agree to our then current pricing.

## 2. INSTALLATION SERVICES

### (a) CONDITIONS PRIOR TO INSTALLATION OF THE SYSTEM; PRE-INSTALL TERMINATION RIGHTS

Our obligations to install the System are conditioned upon the following items having occurred and/or been completed to our reasonable satisfaction by us or other service providers chosen by us:

(i) Our receipt of your 40% of the Total Contract Price (as such amount is specified above), or notification to us that you have successfully obtained financing for the purchase and installation of the System under this Agreement from a financing entity approved by Contractor;

(ii) completion of (A) the engineering site audit (a thorough physical inspection of your premises where the System is to be installed to determine whether the installation of the System is feasible) (this Agreement refers to those premises as the "Premises" or your "Home") including, if applicable, geotechnical work), and (B) real estate due diligence to confirm the suitability of the Premises for the construction, installation, and operation of the System;

(iii) receipt of all necessary zoning, land use, and building permits; and

(iv) completion of any renovations, improvements or changes reasonably required at your Home or on the Premises (e.g., removal of a tree or roof repairs necessary to enable us or our other service providers chosen by us to safely install the System).

If we determine that certain conditions on the roof or otherwise at the Premises should be corrected before the installation may be undertaken, then we will notify you that corrective work is needed, and you may arrange for such work with another contractor or with us (if we are capable of performing such work). You will be responsible for the structural integrity of the location where the System is installed, including structural or electrical modifications necessary to prepare your Premises for the System. You agree that Contractor is not responsible for any known or unknown conditions of the Premises.

Please note, however, that such corrective work is not covered by this Agreement and you may either (i) pay for such corrective work in addition to the Total Contract Price listed above or (ii) terminate this Agreement without penalty or fee.

Furthermore, both parties will have the right to terminate this Agreement, without penalty or fee, if we determine after the engineering site audit of your Premises that we have misestimated by more than ten percent (10%) any of (1) the System size, (2) the System's total cost, or (3) the System's originally estimated annual production. Such termination right will expire ten (10) business days after we inform you in writing of the revised size, cost or production estimate. If neither party exercises their right to terminate this Agreement following such 10% change, then any changes to the System will be documented in an amendment to this Agreement. You authorize us and our subcontractors to make corrections to the utility paperwork to conform to this Agreement or any amendments to this Agreement we both sign.

## (b) INSTALLATION COMMENCEMENT

When we are satisfied that the installation and operation of the System at the Premises is feasible, any corrective work has been performed, completed and paid for, and any necessary zoning, land use or building permits are received, the parties agree that we will begin the installation of the System. Contractor may perform such services by itself or through a competent subcontractor hired by Contractor.

However, please note that if we determine that your Premises are not suitable for the installation of the System, or corrective work has not been satisfactorily performed, or any required permits or other governmental authorizations are not received, then we will not have the obligation to install the System, and we may terminate this Agreement by providing prior written notice to you.

## (c) POST-INSTALLATION CONTRACTOR DUTIES

Following completion of the process of installation and successful testing, in our sole discretion, of the System, we will arrange for the following:

(i)   the local utility company's authorization for the System to operate following the inspection of the installed System (if the utility requires such an inspection), and

(ii)  the applicable Authority Having Jurisdiction ("AHJ") or an equivalent organization to inspect the System.

## (d) POST-INSTALLATION CUSTOMER DUTIES

(i)   Pre-Energy Start Date Customer Duty. Upon our completion of the actions described in Section 2.c, Contractor's receipt of a signed Customer Certificate of Acceptance Form (attached hereto as **Exhibit C**), within five (5) business days after the completion of the actions described in Section 2.c.; provided, however, you agree that we may deem your failure to provide Contractor with a signed Certificate of Acceptance within the period of time specified herein as your acceptance of the System for the purpose of this Contract and such requirement shall be considered waived by us, and the AHJ or an equivalent organization has approved the System, you agree to arrange for, and enter into, an interconnection agreement with your local utility company. (We will provide assistance during this process.)

(ii)  Post-Energy Start Date Customer Duty. Following the Energy Start Date (as defined above), you agree to pay the Contractor or Contractor's designated representative (or agree to have a third party pay the Contractor or Contractor's designated representative on Customer's behalf) the remaining balance of the Total Contract Price listed above on the Energy Start Date.

## (e) TITLE TO THE SUNPOWER SYSTEM; RISK OF LOSS

Title to the System, including, without limitation, the photovoltaic modules, materials, and equipment shall pass to Customer upon delivery of the System to Customer's premises, subject in each case to the extent full payment thereof has been made by Customer in accordance with the terms of this Agreement. After delivery of the System to your Premises, other than damage directly resulting from Contractor's actions, you shall bear risk of loss to the System for all causes of loss not covered by the SunPower Limited Product and Power Warranty (see https://us.sunpower.com/home-solar-system-warranty). Contractor and its affiliates retain all intellectual property rights on any of the equipment installed in your System including, but not limited to, patents, copyrights and trademarks.

## (f) PROFESSIONAL AND WORKMANLIKE MANNER

Contractor will construct, install, test and commission the System at the Premises. We promise to do this in a professional and workmanlike manner, in accordance with all applicable laws, regulations, codes and permits. We promise to follow accepted professional practices in the solar panel installation industry and electrical installation industry, generally.

## 3. NOT USED

## 4. FINANCING; RIGHT TO TERMINATE

If Customer advises Contractor that it requires financing to comply with its obligations under this Agreement and is not able to obtain financing prior to the completion of the engineering site audit of your Premises, then Customer may terminate this Agreement through written notice to Contractor prior to such Approximate Start Date or Contractor's installation of the System (whichever is earlier) and without triggering any further liability to either Party.

## 5. LIMITED WARRANTY

We provide to you the following warranties with respect to the System (these warranties are collectively referred to as the "Limited Warranty" in this Agreement). Please note that the Limited Warranty is subject to exclusions and disclaimers specified in Section 5.d below and to other limitations on liability specified in Section 9 of this Agreement. Please also note that the Limited Warranty is subject to payment in full of any amounts due to Contractor in accordance with this Agreement; therefore, we will have no obligation under the Limited Warranty if payment in full has not been made to us in accordance with this Agreement.

## (a) INSTALLATION, WORKMANSHIP, DEFECTS, AND ROOF WARRANTIES

(i)  Installation, Workmanship and Defects Warranty. We warrant that during the System Warranty Period (as defined below) (A) the System will be installed in the manner described in Section 2.f above and (B), under normal use and service conditions, the System will be free from defects in workmanship or defects in, or a breakdown of, materials or components due to installation or workmanship. This warranty (the "System Warranty Period") will run ten (10) years from the Energy Start Date.

(ii) Roof Warranty. During the Roof Warranty Period (as defined below), we warrant that, if in the course of the installation work we are required to penetrate your roof and thereby cause damage to the roof, we will repair such damage. (This roof warranty (the "Roof Warranty Period") will run twelve (12) years from the Energy Start Date.)

## (b) REPAIR PROMISE

During the System Warranty Period or the Roof Warranty Period, as applicable (each, a "Warranty Period"), as specified in Section 5.a above, and subject to Section 5.d and Section 9 below, we will repair or replace any defective part, material or component or correct any defective workmanship, at no cost or expense to you (including, without limitation, all labor costs), when you submit a valid claim to us under this Limited Warranty. We may use new or reconditioned parts when making such repairs or replacements.

## (c) ASSIGNMENT OF MANUFACTURERS' WARRANTIES

To the fullest extent we are permitted to do so, we hereby assign, as of the date of your acceptance of the System, to you, as the legal owner of the System, the limited warranties from the manufacturers of the photovoltaic modules and inverters comprising the System (in particular, the SunPower Corporation residential photovoltaic modules are subject to SunPower Corporation's standard 25-year power output and workmanship warranty set forth on Exhibit B attached hereto; and inverters that are not factory-integrated in the System's photovoltaic modules are subject to the manufacturer's performance warranty). To the extent that we perform warranty repair work or provide warranty replacement(s) to you, we reserve the right to make a corresponding claim (if available) under any such manufacturers' warranties.

### (d) EXCLUSIONS AND DISCLAIMERS

The Limited Warranty does not apply to any repair, replacement or correction required due to the following:

(i) someone other than Contractor or a subcontractor specifically approved by Contractor (an "Approved Subcontractor") installed, constructed, tested, removed, re-installed or repaired the System;

(ii) destruction or damage to the System or its ability to safely produce energy not caused by Contractor or its Approved Subcontractor while servicing the System (for example, a tree falls on the System not due to any negligence of Contractor);

(iii) your failure to perform, or your breach of any of, your obligations under this Agreement (including, without limitation, not providing us adequate access or assistance);

(iv) any event or condition beyond our control that is a Force Majeure Event (as defined below);

(v) a power or voltage surge caused by someone other than Contractor including, without limitation a grid supply voltage outside of the standard range specified by the local utility or the System specifications or as a result of a local power outage or curtailment;

(vi) any System failure not caused by a System defect (such as making roof repairs that affect the System); or

(vii) theft of the System.

This Agreement gives you specific rights, and you may also have other rights which may vary from state to state. This Agreement does not warrant any specific electrical performance of the System.

### (e) MAKING A CLAIM

If you believe you have a claim under the Limited Warranty, then you must give us notice of such claim describing the problem that you believe gives rise to the claim, as promptly as possible, but in no event later than five (5) business days after your discovery of such problem, in accordance with Section 13 below.

### (f) TRANSFER OF WARRANTY

We will accept and honor any valid and properly submitted claim under the Limited Warranty made during the applicable Warranty Period by any person to whom Customer properly transfers ownership of the System.

### (g) MAINTENANCE OF OPERATION

Except for honoring Limited Warranty claims, which will be handled by Contractor, we will have no obligation to service, operate or maintain the System.

THE LIMITED WARRANTY DESCRIBED IN THIS SECTION 5 IS THE ONLY EXPRESS WARRANTY MADE BY CONTRACTOR WITH RESPECT TO THE SYSTEM. CONTRACTOR HEREBY DISCLAIMS, AND ANY BENEFICIARY OF THIS LIMITED WARRANTY HEREBY WAIVES, ANY WARRANTY WITH RESPECT TO ANY COST SAVINGS FROM USING THE SYSTEM. Please also see the limitations and disclaimers contained in Section 9 below.

## 6. ENVIRONMENTAL INCENTIVES

### (a) ELIGIBILITY

You may be eligible for various state and local rebates and incentives. The rebate and incentive calculations Contractor provides to Customer are estimates. These estimates are based upon certain assumptions that may not be applicable based on the circumstances specific to your System. However, actual rebates and incentives are variable as eligibility requirements, funding availability, and rates may change. Contractor shall have no financial obligation to Customer regarding actual rebate and incentive amounts received. Customer agrees to pay the Total Contract Price in full regardless of the actual amount of rebates and/or incentives you receive.

### (b) OWNERSHIP

All renewable energy credits (RECs), green-e tags or other transferable indicators for the generation of renewable energy, performance based incentives, rebates and other incentives or under the federal government's, any municipality's, any utility's or any other state's solar program or initiative, and associated reporting rights available in connection with the System, are retained and owned by you as the owner of the System.

## 7. CERTAIN CUSTOMER OBLIGATIONS

### (a) REMOVAL/REPAIR OF SYSTEM

You agree that if (i) the System needs any repairs that are not our responsibility under the Limited Warranty or (ii) you would like to have the System removed or moved and reinstalled to facilitate remodeling of your Home, you will have Contractor, or an Approved Subcontractor, at your expense, perform such repairs, removal and reinstallation, or relocation on a time and materials basis.

### (b) TAXES AND ASSESSMENTS

You are responsible for all taxes, assessments and charges required by public agencies including, without limitation, those resulting from any increased real property taxes that you may be subject to as a result of the installation of the System. You should consult your own qualified tax advisor regarding the federal, state and local, and other tax benefits and consequences that result from the purchase and installation of the System on your Home.

### (c) EXTERIOR OF HOME

You agree that if any part of the System is located on the exterior of your Home, then you will supply the paint needed to complete any related painting.

### (d) SUNPOWER MONITORING SYSTEM

The SunPower Monitoring System will be installed at the same time as the installation of the System. Customer agrees to maintain and make available, at your cost, a functioning Internet connection, via either one available wired Ethernet port and standard AC power outlet within eighty (80) feet of the System's AC/DC inverter(s), secure access to your wireless home internet, or the purchase of a SunPower cellular plan at all times while it is being used. Customer also agrees to keep the SunPower Monitoring System connected at all times.

## 8. FORCE MAJEURE

If we are unable to perform all or some of our obligations under this Agreement because of a Force Majeure Event (as defined below), we will be excused from whatever performance is affected by the Force Majeure Event, provided that (i) as soon as is reasonably practical we give you notice of the event and (ii) the excuse from performing our obligations will be of no greater scope and of no longer duration than is required in the context of the Force Majeure Event.

"Force Majeure Event" means any event, condition or circumstance beyond our control and not caused by our or our Approved Subcontractor's fault or negligence. Included among such events would be failure or interruption of the installation of the System or production of electricity by the System due to: an act of god; war (declared or undeclared); pandemic; sabotage; riot; insurrection; civil unrest or disturbance; military or guerilla action; terrorism; economic sanction or embargo; civil strike, work stoppage, slow-down, or lock-out; explosion; fire; earthquake; abnormal weather condition or actions of the elements (including, without limitation, hurricane; flood; lightning; wind; drought); the binding order of any governmental authority; the failure on the part of any governmental authority to issue a required permit (provided we have timely applied for such permit); unavailability of electricity from the utility grid, equipment, supplies or products; and failure of equipment not utilized by us or under our control (not including the System – that is, defective or faulty components of the System are not a Force Majeure Event).

## 9. LIMITATIONS ON LIABILITY; INDEMNITY

### (a) NO CONSEQUENTIAL DAMAGES

**YOU AGREE THAT YOU MAY RECOVER ONLY DIRECT DAMAGES AND IN NO EVENT SHALL CONTRACTOR OR ITS AGENTS OR SUBCONTRACTORS BE LIABLE TO YOU OR YOUR HEIRS OR ASSIGNS FOR SPECIAL, INDIRECT, PUNITIVE, EXEMPLARY, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY NATURE, EVEN IF CONTRACTOR HAS, OR ITS AGENTS OR SUBCONTRACTORS HAVE, BEEN ADVISED OF THE LIKELIHOOD OR POSSIBILITY THAT SUCH DAMAGES MAY BE INCURRED.**

### (b) DISCLAIMER OF WARRANTIES

**THE ONLY WARRANTY AS TO THE SYSTEM OR ITS INSTALLATION IS THE LIMITED WARRANTY UNDER SECTION 5 OF THIS AGREEMENT. EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT (INCLUDING THE EXHIBITS), WE MAKE NO WARRANTY OR REPRESENTATION, EITHER EXPRESS OR IMPLIED, REGARDING OUR OBLIGATIONS OR THE SYSTEM. TO THE MAXIMUM EXTENT PERMITTED BY LAW, CONTRACTOR HEREBY DISCLAIMS AND YOU HEREBY WAIVE ANY AND ALL IMPLIED WARRANTIES, INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY, ARISING UNDER APPLICABLE STATE LAW, EXCEPT TO THE EXTENT SUCH WARRANTIES MAY NOT BE WAIVED UNDER APPLICABLE LAW (IN WHICH CASE, SUCH WARRANTIES SHALL NOT EXTEND PAST THE EXPIRATION OF THE WARRANTY PERIODS SET FORTH IN SECTION 5.a ABOVE).**

### (c) LIMITATION OF LIABILITY

**Notwithstanding any other provision of this Agreement to the contrary, to the maximum extent permitted by law, Contractor's total liability arising out of or relating to this Agreement shall in no event exceed (i) as to the System failure or replacement, the Total Contract Price and (ii) as to damages to your Home, including but not limited to the installation of the System, the lesser of actual damages to your Home or $1,000,000; provided that such damages are provable and caused solely by us, our agents or subcontractors, or the System.**

### (d) INDEMNITY

To the fullest extent permitted by law, you shall indemnify, defend, protect, save and hold harmless us, our employees, officers, directors, agents, successors and assigns from any and all third party claims, actions, costs, expenses (including reasonable attorneys' fees and expenses), damages, liabilities, penalties, losses, obligations, injuries, demands and liens of any kind or nature arising out of, connected with, relating to or resulting from your negligence, willful misconduct, or failure to comply with any of the terms or conditions of this Agreement; provided that nothing herein shall require you to indemnify (1) any person or entity from its own negligence or willful misconduct or (2) our Approved Subcontractors or any manufacturer of the equipment comprising the System except in connection with your negligence or willful misconduct. The provisions of this paragraph shall survive termination or expiration of this Agreement.

## 10. TERMINATION AND DEFAULT

Contractor may terminate this Agreement, upon seven (7) days' written notice, for any material breach, for any failure of you to pay Contractor for any amount due, or for any hindrance to Contractor in the performance process. Contractor may also terminate this Agreement, in accordance with Section 2(b) above.

## 11. ACCESS RIGHTS

You hereby grant to us and our successors and Approved Subcontractors and our and their agents and employees, the right to enter and access your Premises and the property on which the Premises are located, in a reasonable manner and upon reasonable notice to you, for the purposes of (a) installing, constructing and, upon your request, repairing and replacing the System or making any additions to the System or installing complementary technologies on or about the location of the System; (b) installing, using and maintaining electric lines and inverters and meters, necessary to interconnect the System to your electric system at the Premises or to the utility's electric distribution system; and (c) enforcing Contractor's rights as to this Agreement and the System. You agree not to impair or interfere and not to permit other persons to impair or interfere with such access rights.

## 12. REMEDIES UPON CUSTOMER'S BREACH

Without limiting any of Contractor's other rights and remedies, upon any breach by you, including any failure by you to pay Contractor any amount due, Contractor shall have the right to: (i) prevent any more work from being done at your Premises until the breach is cured and a letter of credit or some other financial instrument, approved by the Contractor in its sole discretion, is provided to the Contractor by the Customer for any amounts payable under this Agreement; (ii) recover all amounts due under this Agreement for services provided through the date of termination including interest (as such amount is allowed by law); (iii) turn off or remove any System materials or equipment from your Premises by legal process or self-help, but we may not disturb the peace or violate the law; (iv) terminate this Agreement, and (v) pursue any other legal remedies including but not limited to mechanics' liens or similar remedies.

## 13. NOTICES

All notices, requests, statements and other communications under this Agreement must be made in writing (unless otherwise specified in another paragraph of this Agreement as to a particular notice or communication) and will be considered to have been properly given and received if delivered in person, reliable overnight courier, or sent by registered or certified mail, postage prepaid to the address of the applicable party specified on the first page of this Agreement. Notice by hand delivery will be effective at the close of business on the day actually received, if received during a business day, and otherwise shall be effective at the close of the next business day. Notice by overnight United States mail or courier shall be effective on the second business day after it was sent. A party may change its addresses by providing notice of same in accordance with this paragraph. Notices may also be given by e-mail, provided that any such e-mail notice is confirmed in a writing delivered as provided above in this paragraph not later than the immediately following business day.

## 14. GOVERNING LAW; ARBITRATION OF DISPUTES; JURY WAIVER

**PLEASE READ THIS SECTION CAREFULLY. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY TRIAL AND THE RIGHT TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY.**

The laws of the state where your Home is located shall govern this Agreement without giving effect to conflict of laws principles. You and We agree that any dispute, claim or disagreement between the parties (a "Dispute") shall be resolved exclusively by arbitration.

The arbitration, including the selecting of the arbitrator, will be administered by JAMS, under its Streamlined Arbitration Rules (the "Rules") by a single neutral arbitrator to be agreed upon by the parties or selected under the Rules within thirty (30) days after the commencement of the arbitration. The arbitration will be governed by the Federal Arbitration Act (Title 9 of the U.S. Code). Either party may initiate the arbitration process by filing the necessary forms with JAMS. To learn more about arbitration, you can call any JAMS office or review the materials at www.jamsadr.com. The arbitration shall be held in the location that is most convenient to your Home. If a JAMS office does not exist in the county where you live, then we will use another accredited arbitration provider with offices close to your Home.

If you initiate the arbitration, you will be required to pay the first $125 of any filing fee. We will pay any filing fees in excess of $125 and we will pay all of the arbitration fees and costs. If we initiate the arbitration, we will pay all of the filing fees and all of the arbitration fees and costs. To the extent not inconsistent with state or local law, we will each bear all of our own attorney's fees and costs except that you are entitled to recover your attorney's fees and costs if you prevail in the arbitration and the award you receive from the arbitrator is higher than Our last written settlement offer. This Section 14 shall govern to the extent it conflicts with the Rules. When determining whether your award is higher than Our last written settlement offer your attorney's fees and costs will not be included.

Only Disputes involving you and Us may be addressed in the arbitration. Disputes must be brought in the name of an individual person or entity and must proceed on an individual (non-class, non-representative) basis. The arbitrator will not award relief for or against anyone who is not a party. If either of us arbitrates a Dispute, neither of us, nor any other person, may pursue the Dispute in arbitration as a class action, class arbitration, private attorney general action or other representative action, nor may any such Dispute be pursued on your or Our behalf in any litigation in any court. Claims regarding any Dispute and remedies sought as part of a class action, class arbitration, private attorney general or other

representative action are subject to arbitration on an individual (non-class, non-representative) basis, and the arbitrator may award relief only on an individual (non-class, non-representative) basis. This means that the arbitration may not address disputes involving other persons with disputes similar to the Disputes between you and Us.

The arbitrator shall have the authority to award any legal or equitable remedy or relief that a court could order or grant under this Agreement. The arbitrator, however, is not authorized to change or alter the terms of this Agreement or to make any award that would extend to any transaction other than yours. All statutes of limitations that are applicable to any dispute shall apply to any arbitration between us. The arbitrator will issue a decision or award in writing, briefly stating the essential findings of fact and conclusions of law.

**BECAUSE YOU AND WE HAVE AGREED TO ARBITRATE ALL DISPUTES, NEITHER OF US WILL HAVE THE RIGHT TO LITIGATE THAT DISPUTE IN COURT, OR TO HAVE A JURY TRIAL ON THAT DISPUTE, OR ENGAGE IN DISCOVERY EXCEPT AS PROVIDED FOR IN THE RULES. FURTHER, YOU WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS PERTAINING TO ANY DISPUTE. THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING ON THE PARTIES AND MAY BE ENTERED AND ENFORCED AS A JUDGMENT IN ANY COURT HAVING JURISDICTION, EXCEPT TO THE EXTENT IT IS SUBJECT TO REVIEW IN ACCORDANCE WITH APPLICABLE LAW GOVERNING ARBITRATION AWARDS. OTHER RIGHTS THAT YOU OR WE WOULD HAVE IN COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION.**

**By initialing below, you acknowledge and accept that you are agreeing to arbitrate any dispute related to this Agreement and are waiving any and all rights to a trial by jury for all actions or proceedings involving a dispute arising out of or related to this Agreement.**

**Customer:** ME

## 15. ASSIGNMENT AND TRANSFER OF THIS AGREEMENT

Contractor may assign its rights or obligations under this Agreement to a third party without Customer's consent, provided that any assignment of Contractor's obligations under this Agreement shall be to a party qualified to perform such obligation. Customer's rights and obligations under this Agreement will be automatically transferred to any party that succeeds Customer as owner of the System.

## 16. ENTIRE AGREEMENT; AMENDMENTS; BENEFIT OF AGREEMENT

This Agreement contains the entire agreement of Customer and Contractor regarding the subject matter of this Agreement. Any amendment or other change to this Agreement must be in writing and signed by both parties.

If any portion of this Agreement is determined to be unenforceable, the remaining provisions shall be enforced in accordance with their terms or shall be interpreted or reformed so as to make them enforceable.

The provisions of this Agreement regarding payment obligations, liabilities, indemnities, remedies, governing law and arbitration, as well as all provisions that specifically provide for survival or for additional time periods, will survive the termination or expiration of this Agreement.

## 17. NOTE ABOUT EXTRA WORK AND CHANGE ORDERS

**(a)** Extra work and change orders become part of this Agreement once the order is prepared in writing and signed by the parties prior to the commencement of any work covered by the new change order. The order must describe the scope of the extra work or change, the cost to be added or subtracted from this Agreement, and the effect the order will have on the schedule of progress payments.

**(b)** Customer may not require the Contractor to perform extra or change-order work without providing written authorization prior to the commencement of work covered by the new change order.

**(c)** Extra work or a change order is not enforceable against Customer unless the change order also identifies all of the following in writing prior to the commencement of work covered by the new change order: (i) the scope of work

encompassed by the order; (ii) the amount to be added or subtracted from this Agreement, and (iii) the effect the order will make in the progress payments or the completion date.

**(d)** Contractor's failure to comply with the requirements of this Section 17 does not preclude the recovery of compensation for work performed based upon legal or equitable remedies designed to prevent unjust enrichment.

## 18. NOTICES CONCERNING COMMERCIAL GENERAL LIABILITY AND WORKERS' COMPENSATION INSURANCE

Contractor carries commercial general liability insurance, in accordance with all applicable laws and regulations. You may call Marsh Risk & Insurance Services at (408) 467-5600 to check the Contractor's insurance coverage. A certificate of insurance can also be provided upon request. The Contractor carries workers' compensation insurance for all employees.

## 19. CUSTOMER DATA

For a copy of the SunPower Data Privacy Policies, please visit the following website:

https://us.sunpower.com/privacy/website-policy

By initialing below, you acknowledge your receipt of and opportunity to review the SunPower Data Privacy Policy:

**Customer:** ME

## 20. SIGNATURES

Facsimile, PDF signatures or electronic signatures may be used with the same force and effect as if they were a duly executed original.

## 21. ELECTRONIC INVOICES

Customer hereby agrees to receive all invoices issued under this Agreement electronically.

## 22. NOTICE OF SEVEN-DAY RIGHT TO CANCEL

You, Customer, have the right to cancel this Agreement within seven (7) calendar days after the date you sign this Agreement. You may cancel by e-mailing, mailing, faxing, or delivering a written notice to Contractor at Contractor's place of business by midnight of the seventh calendar day after you received a signed and dated copy of this Agreement that includes this notice. Include your name, your address, and the date you received the signed copy of this Agreement and this notice.

Following the seventh (7th) calendar day after the date you sign this Agreement and prior to the installation commencement date of the System, you may request that we cancel this Agreement. If we agree to cancel this Agreement, then in connection with such a request, you will be obligated to pay a cancellation fee to help offset costs incurred for Your project, such as permitting fees, interconnection application costs, design costs, and other out of pocket expenses associated with this Agreement. Cancellation fees are as follows:

a. Five hundred dollars ($500.00) for any cancellation after the seventh (7th) calendar day after the date you sign this Agreement until the date that permits have been obtained for your project.

b. One thousand dollars ($1,000.00) for any cancellation after permits have been obtained for your project.

Once the seven (7) calendar day period described above has passed and the installation of the System has begun, You may not cancel the Agreement under any circumstances without SunPower's

consent. Under such circumstances, We will ask You, and You agree, to reimburse Us for Our out-of-pocket costs associated with the Agreement.

If you cancel on or before the seventh (7th) calendar day after the date you sign this Agreement, then Contractor must return to you anything you paid within ten (10) calendar days after receiving the notice of cancellation and the parties agree that Contractor may return such funds via the same method that you originally remitted such funds to Contractor. For your part, you must make available to Contractor at your residence, in substantially as good condition as you received them, goods delivered to you under this Agreement. Or, you may, if you wish, comply with Contractor's instructions on how to return the goods at Contractor's expense and risk. If you do make the goods available to Contractor and Contractor does not pick them up within twenty (20) days after the date of your notice of cancellation, you may keep them without any further obligation. If you fail to make the goods available to Contractor, or if you agree to return the goods to Contractor and fail to do so, then you remain liable for performance of all obligations under this Agreement.

Attached is a form of "Notice of Cancellation" which form is easily detachable.

IN WITNESS WHEREOF, each party hereto has caused this Agreement to be signed on its behalf as of the date first written above.

**Customer's Signature(s):**

MICHAEL EVANS

MICHAEL EVANS
4/11/2023

**Contractor's Signature:**

**SunPower Corporation, Systems**

Joanna J. Tiongco

4/12/2023

The name and registration number of the home improvement salesperson who solicited or negotiated this Agreement are set forth below:

Name: Jacqueline Rascon-Chacon

Registration No.:

# Exhibit A
# NOTICE OF CANCELLATION

4/12/2023

**(Date)**

**You may CANCEL this transaction, without any Penalty or Obligation, within SEVEN CALENDAR DAYS from the above date.**

**If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN CALENDAR DAYS following receipt by seller of your Notice of Cancellation, and any security interest arising out of the transaction will be canceled.**

**If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the Contractor regarding the return shipment of the goods at the seller's expense and risk.**

**If you do make the goods available to the seller and the seller does not pick them up within 20 days after the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.**

**To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram to: SunPower Corporation, Systems, 8900 Amberglen Boulevard, Suite 325, Austin, TX 78729.**

---

**NOT LATER THAN MIDNIGHT OF** 4/19/2023

**I HEREBY CANCEL THIS TRANSACTION.**

____________________ ***[Date].***

**Customer's Signature:** ____________________________

**Please print name:** ______________________________

# Exhibit A
# NOTICE OF CANCELLATION

4/12/2023

**(Date)**

**You may CANCEL this transaction, without any Penalty or Obligation, within SEVEN CALENDAR DAYS from the above date.**

**If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN CALENDAR DAYS following receipt by seller of your Notice of Cancellation, and any security interest arising out of the transaction will be canceled.**

**If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the Contractor regarding the return shipment of the goods at the seller's expense and risk.**

**If you do make the goods available to the seller and the seller does not pick them up within 20 days after the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.**

**To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram to: SunPower Corporation, Systems, 8900 Amberglen Boulevard, Suite 325, Austin, TX 78729.**

---

**NOT LATER THAN MIDNIGHT OF** 4/19/2023

**I HEREBY CANCEL THIS TRANSACTION.**

**____________________*[Date]*.**

**Customer's Signature: ____________________________**

**Please print name: ______________________________**

**EXHIBIT B**

SUNPOWER®

## SunPower Limited Product and Power Warranty for Residential PV Modules

*This Limited Product and Power Warranty is effective for SunPower® photovoltaic modules for residential installation with "SPR-A" "SPR-E" "SPR-X" "SPR-U" or "SPR-M" in the product model number and sold on or after June 1, 2022. SunPower photovoltaic modules which include "COM" in the product model number are covered by a separate warranty.*

**IMPORTANT: BY USING YOUR SUNPOWER RESIDENTIAL PV PRODUCT YOU ARE AGREEING TO BE BOUND BY THE TERMS OF THIS LIMITED PRODUCT AND POWER WARRANTY AS SET OUT BELOW.**

1. Limited Product and Power Warranty

Subject at all times to the terms and conditions as set out in this Limited Product and Power Warranty, SunPower Corporation ("SunPower") warrants to the original purchaser (as defined herein) ("Owner") that for 25 years beginning on the Warranty Start Date[1] (the "Warranty Period"), its photovoltaic modules specified above ("PV Module(s)"), shall be free from defects in materials and workmanship under normal application, installation, use and service conditions, and the Minimum Peak Power[2] rating and the maximum annual decline in peak power rating of the PV Modules will be no less than the percentages indicated in the table below.

| PV Module | 1st Year Minimum Peak Power | Maximum Annual Decline in Peak Power | 25th Year Minimum Peak Power |
|---|---|---|---|
| M-Series (SPR-M) | 98% | 0.25% | 92% |
| A-Series (SPR-A) | 98% | 0.25% | 92% |
| X-Series (SPR-X) | 98% | 0.25% | 92% |
| E-Series (SPR-E) | 98% | 0.25% | 92% |
| U-Series (SPR-U) | 98% | 0.55% | 84.8% |

THIS IS NOT A PERFORMANCE GUARANTEE OR GUARANTEE OF ESTIMATED OR ACTUAL ENERGY COST SAVINGS.

2. Claims Process and Coverage

If any PV Module fails to conform to this Limited Product and Power Warranty and provided that any loss in power is determined by SunPower (in its sole discretion) not to have resulted from one of the excluded events set forth in Section 4 below, then for the Warranty Period, SunPower will at its sole discretion, repair, replace or refund the defective PV Modules as set forth herein.

In the event you have a claim covered by this Limited Product and Power Warranty, immediately notify (a) an Authorized SunPower Installer; or (b) SunPower Corporation at the contacts shown below. Upon receipt of a claim, SunPower may require additional information regarding the claim, which may include, without limitation, applicable warranty registration information, proof of purchase and/or delivery, installation, serial and model numbers, and evidence regarding the basis of the claim. If the Owner cannot provide these materials within thirty (30) days of SunPower's request, the claim may be denied. All SunPower warranty obligations hereunder are expressly contingent upon the timely and full provision of such additional information. The return of any PV Modules will not be accepted unless prior written authorization has been given by SunPower.

For any valid claim, SunPower will, in its sole discretion, either: (a) repair; (b) replace; or (c) refund a prorated value of the module based on the original purchase price subject to the conditions set out herein. In the event SunPower elects to repair or replace the affected PV Modules, SunPower will pay for reasonable and customary transportation costs for: (i) the return of the PV Modules from the place where the affected PV Modules were delivered by SunPower, and; (ii) reasonable and customary transportation costs for reshipment of any repaired or replaced PV Modules to the place where the affected PV Modules were delivered by SunPower; (iii) for a PV Module that was originally installed in the United States by SunPower, any affiliate of SunPower, or any SunPower Authorized Installer, SunPower will pay for reasonable, necessary, and actual removal and reinstallation costs of the repaired or replaced PV Module; provided, however, SunPower has sole discretion to select the party performing such removal and reinstallation.

In the event SunPower elects to replace any PV Module, SunPower will replace such PV Module with an electrically and mechanically compatible PV Module (including a refurbished or remanufactured PV Module) with a substantially equal or greater power rating. For any refund, purchase price shall be prorated.

3. General Conditions for Warranty Claims

a) All warranty claims must be filed within the Warranty Period and at no point longer than 30 days from the date that the claim is identified or reasonably should have been identified by the then warranty holder. Any claim filed outside the Warranty Period, including any claim for a latent or undiscovered defect, is invalid.

b) The Limited Product and Power Warranty for any repaired or replaced PV Module shall not extend beyond the Warranty Period.

c) When PV Modules are used on a mobile platform or device of any type, such as a vehicle, the Warranty Period shall be limited to 12 years from the warranty start date.

d) In cases of PV Module replacement, any replaced PV Module shall pass into the ownership of SunPower.

e) When PV modules are to be installed on floating mounting systems, the Limited Product and Power Warranty shall apply only if SunPower has provided the customer with its written consent to the application of this Limited Product and Power Warranty prior to such installation.

f) Owner is responsible to ensure an installation site is properly maintained to not create an unsafe condition for SunPower personnel effectuating inspections or repairs. Failure to maintain or remedy site conditions preventing warranty work within 30 days of notification by SunPower may result in a denial of claim.

g) Warranty is valid only for systems sold and installed in the United States of America (excludes US territories unless warranty extension has been given by SunPower in writing).

4. Exclusions and Limitations

The Limited Product and Power Warranty does not apply to any of the following:

a) PV Modules subjected to:

   i. misuse, accident, or abuse, including improper storage after receipt, neglect, including the failure to properly maintain the product or system or to allow SunPower required firmware upgrades;

   ii. alteration, including the unauthorized removal or modification of PV modules and if applicable, module or system electronics, or improper installation (which includes, without limitation, installation that does not comply with all SunPower installation instructions, product recommendations, or suggested or required total system size requirements, product labels, or operations and maintenance instructions of any type - as may be amended and updated from time to time at SunPower's sole discretion- and all national, state, and local laws, codes, ordinances, and regulations, or operation of a system or component without the latest SunPower recommended firmware;

   iii. repair or modification by someone other than an approved service technician of SunPower;

   iv. conditions exceeding the voltage, wind, snow load specifications, or any other design or operational specification or instructions;

   v. damage caused by natural forces (tornado, flood, lightning, hurricanes, or earthquakes), fire, power failure surges, or other circumstances beyond SunPower's control;

   vi. damage from persons, pests, animals, biological activity, environmental pollution or industrial chemical exposure;

    vii.  glass breakage from impact or other events outside SunPower's control;

    viii.  the combination of module with third party products deemed by SunPower to be incompatible for use with its products or systems.

b)  Cosmetic effects, such as discoloration, stemming from normal wear and tear of PV Module materials or other cosmetic variations which do not cause power output lower than what is guaranteed by the Limited Product and Power Warranty. Normal wear and tear of PV Module materials can include, but is not limited to, fading of frame color, weathering of glass coatings, and areas of discoloration around or over individual solar cells or any part of the PV Module.

c)  PV Modules which have not been installed or commissioned with a SunPower monitoring device.

d)  PV Modules installed in locations, which in SunPower's sole judgment, may have been in direct contact with saltwater.

e)  PV Modules for which the labels containing product type or serial number have been altered, removed or made illegible.

f)  PV Modules which have been moved from their original installation location without the express written approval of SunPower.

g)  PV Modules where any included factory-integrated electronics exhibit defects that do not materially impact power output.

h)  PV Modules which have been sold "as is" or without a warranty.

i)  Defects or issues arising from or relating to existing electrical components at the installation site, including, breakers, electrical panels, or wiring, including where these components do not comply with current codes, including building or electrical codes.

j)  SunPower modules which include "COM" in the model number.

**Special terms regarding wood shingled roofs:  In the event that the solar panels have been installed on wood shingled or shake roofs, be it cedar, spruce, pine or any other type of wood material, the sole and exclusive remedy under this Limited Product and Power Warranty shall be the provision of replacement parts by SunPower. Under no circumstance shall SunPower be liable to refund any amounts or pay for or provide labor to uninstall and/or reinstall panels.**

SunPower shall not be held responsible or liable to the customer or any third-party arising out of any non-performance or delay in performance of any terms and conditions of sale, including this Limited Product and Power Warranty, due to acts of God, product shortages, war, riots, strikes, fire, flood, pandemic, endemic, epidemic or any other cause or circumstance beyond the reasonable control of SunPower.

5. Assignment and Transfer of Warranty

a)  This Limited Product and Power Warranty is fully assignable and transferable to the owner of the photovoltaic power generation facility or project as of the time the PV Modules are initially installed (the "Original End User"); provided, however, the warranty holder or subsequent owner must provide written notice to SunPower at the email address listed below within ninety (90) calendar days of the assignment or transfer of the PV Modules.  Failure to do so may render this warranty null and void.

b)  Further assignment or transfers from the Original End User to any other party are subject to the terms and conditions as set out in the Subsequent Assignee Warranty available upon request at time of subsequent assignment.

6. Limitation of Warranty Scope

**SUBJECT TO THE LIMITATIONS UNDER APPLICABLE LAW, THE LIMITED PRODUCT AND POWER WARRANTY SET FORTH HEREIN IS EXPRESSLY IN LIEU OF AND EXCLUDES ALL OTHER EXPRESS OR IMPLIED WARRANTIES. EXCEPT AS PROVIDED IN THIS LIMITED PRODUCT AND POWER WARRANTY, ALL WARRANTIES**

**OF ANY KIND, STATUTORY OR OTHERWISE, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY AND OF FITNESS FOR PARTICULAR PURPOSE, USE, OR APPLICATION, COURSE OF DEALING, OR USAGE OF TRADE AND ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF SUNPOWER ARE EXPRESSLY EXCLUDED AND DISCLAIMED. NOTWITHSTANDING ANY PROVISION TO THE CONTRARY, SUNPOWER SHALL HAVE NO RESPONSIBILITY OR LIABILITY WHATSOEVER FOR DAMAGE OR INJURY TO PERSONS OR PROPERTY OR FOR OTHER LOSS OR INJURY RESULTING FROM ANY CAUSE WHATSOEVER ARISING OUT OF OR RELATED TO THE PV MODULES, INCLUDING, WITHOUT LIMITATION, ANY DEFECTS IN THE PV MODULE, OR FROM USE OR INSTALLATION. UNDER NO CIRCUMSTANCES SHALL SUNPOWER BE LIABLE FOR INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES, HOWSOEVER CAUSED. LOSS OF USE, LOSS OF PROFITS, LOSS OF PRODUCTION, LOSS OF REVENUES ARE THEREFORE SPECIFICALLY BUT WITHOUT LIMITATION EXCLUDED. SUNPOWER'S AGGREGATE LIABILITY, IF ANY, IN DAMAGES OR OTHERWISE, SHALL NOT EXCEED THE PURCHASE PRICE PAID TO SUNPOWER BY THE CUSTOMER, FOR THE UNIT OF PRODUCT OR SERVICE FURNISHED OR TO BE FURNISHED, AS THE CASE MAY BE, WHICH GAVE RISE TO THE WARRANTY CLAIM. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OF DAMAGES SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU.**

IF ANY PROVISION OF THIS LIMITED PRODUCT AND POWER WARRANTY IS HELD UNENFORCEABLE OR ILLEGAL BY A COURT OR OTHER BODY OF COMPETENT JURISDICTION, SUCH PROVISIONS SHALL BE MODIFIED TO THE MINIMUM EXTENT REQUIRED SUCH THAT THE REST OF THIS LIMITED PRODUCT AND POWER WARRANTY WILL CONTINUE IN FULL FORCE AND EFFECT.

THIS IS A LIMITED PRODUCT AND POWER WARRANTY AND IS NOT A SERVICE CONTRACT OR A CONTRACT OF INSURANCE AND IS NOT A "FULL" WARRANTY AS DEFINED BY THE MAGNUSON-MOSS WARRANTY ACT.

7. Exclusive Remedy

The sole and exclusive remedy for any claimed breach of this warranty shall be, at SunPower's sole discretion, either: (1) the repair or replacement of the covered equipment using new or refurbished equipment; or (2) a refund of the purchase price of the impaired covered equipment.

8. Limitation of Actions

Any action, regardless of form or basis, including for any claim arising from or related to this warranty, must be commenced within one year of the earlier of: (a) the date the system owner knew or should have known, after reasonable investigation, of a defect, issue or power loss in excess of the warranty minimum output stated herein; or (b) the date the claim was first presented to SunPower or a SunPower authorized dealer. Failure to timely assert a claim shall deemed it irrevocably waived.

9. No Oral Modification or Waiver

No modification of this warranty, or waiver of its terms, shall be effective unless approved in a writing signed by the parties.

10. Governing Law

The laws of the State of Texas shall govern this warranty, and claims of breach of this warranty, and the parties' rights and duties under it.

11. Damages Disclaimer

SunPower shall not under any circumstances be liable for any incidental or consequential damages of any kind including, but not limited to, loss of profits and time and expenses incurred by Owner to have repairs performed.

12. Binding Arbitration

Any controversy or claim arising out of or relating to this Limited Product and Power Warranty, or any claimed breach thereof, shall be settled by individual, non-aggregated arbitration administered by JAMS (www.jamsadr.com) and judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

13. For Claims Contact:

SunPower Corporation

Attn: Warranty Claims Processing

1414 Harbour Way South

Richmond, CA 94804

Via email: customersupport@sunpower.com

Telephonically: 1.800.SUNPOWER

[1]*"Warranty Start Date" is the earlier of (i) date of array interconnection and (ii) 6 months following the date of SunPower delivery. If the delivery date cannot be verified, manufacturing date will be used in its place.*
[2] *"Minimum Peak Power" is defined as the minimum rated DC power, as shown on the label. Peak Power is defined as the watt peak at Standard Test Conditions (1000W/m$^2$ irradiance, AM1.5, 25C. SOMS current, LACCS FF and Voltage from NREL calibration), as described in IEC61215, measured per IEC60904, and accounting for 3% measurement tolerance. SunPower modules shall, in any event, require a sweep rate of no less than 200ms to ensure an accurate power measurement. SunPower can provide a detailed testing procedure or a list of recognized testing agencies upon request.*

customercare@sunpower.com | 1.800.SUNPOWER (1.800.786.7693) | sunpower.com

Document#: SPES-PPM-WAR-41837 Rev A

*©2022 SunPower Corporation. All Rights Reserved. SUNPOWER and the SUNPOWER Logo are registered trademarks of SunPower Corporation in the U.S. and other countries as well.*

# EXHIBIT C

## (Certificate of Acceptance)

### FORM OF CERTIFICATE OF ACCEPTANCE

This Certificate of Acceptance ("this Certificate") is related to the Solar Energy System Home Improvement Contract (the "Agreement") entered into on April 11, 2023 between MICHAEL EVANS and (collectively, "Customer") and SunPower Corporation, Systems ("Contractor").

Capitalized terms used in this Certificate have the meaning given to them in the Agreement.

The undersigned Customer hereby acknowledges its receipt and acceptance of the System specified in the above referenced Agreement on the date of Customer's signature set forth below. Customer also acknowledges that the System has been mechanically installed and is ready to be interconnected to the local utility grid. Furthermore, Customer confirms that Contractor provided Customer with an explanation of the SunPower Monitoring System and its applications. Customer hereby accepts the System for the purposes of the Agreement.

Customer Signature:

____________________________________

Name: MICHAEL EVANS
(print)

Date:

# EXHIBIT D (LOAN PURCHASE)

## DISTRIBUTED GENERATION DISCLOSURE STATEMENT

**I. Party Information.**

| Buyer or Lessee | (Seller or Marketer) |
|---|---|
| Name: MICHAEL EVANS<br>Address: 745 PLAYFUL MEADOWS CIR NE,RIO RANCHO,NM87144<br>Telephone: 5053225028<br>Email: mike.r.evans2018@gmail.com | Name: JaGa Networks LLC<br>Address: , ,<br>Telephone:<br>Email: cs@jaganetworks.com<br>License No.: NM 409605[1] |
| **System Installer**<br>Name: JaGa Networks LLC<br>Address: , ,<br>Telephone:<br>Email: cs@jaganetworks.com<br>State Contractor's License No.: NM 409605_ | **Maintenance Provider (if different from installer)**<br>Name: SunPower Corporation, Systems<br>Attn: SunPower<br>Address: 8900 Amberglen Boulevard, Suite 325<br>Austin, Texas 78729<br>Telephone: (800) 786-7693<br>Email: SunPowerFinancing@sunpower.com<br>State Contractor's License No.: 386464 |

**II. Purchase Price, Financing and Payments.**

A. Purchase Price of the Distributed Energy System: $23,757.58

| | |
|---|---|
| Your Down Payment is: $0.00<br>Incentives: $ Retained by Customer<br>Rebates: $ Retained by Customer<br>Other Credits: $ 0.00 | Amount Due Upon Installation: $ 0.00<br>Amount Due Upon Completion: $ 0.00<br>Amount Due Upon Energization: $ 0.00 |

B. Financing Costs: Final Price to be Paid Including Financing Costs (assuming ACH Discount is selected) $ 38,007.50

Financing Costs: Final Price to be Paid Including Financing Costs (assuming ACH Discount is not selected) $ 39,039.61

Total Amount Financed $ 23,757.58

| | |
|---|---|
| Your monthly payment will be $92.88<br>Your monthly payment is due approximately 60 days after the system is installed. | Your Anuual Percentage Rate is 3.99% (assuming ACH Discount is selected)<br>Your Annual Percentage Rate is 4.24% (assuming ACH Discount is not selected)<br>Total Number of Payments: 300<br>Date of Final Payment: End of Loan Term |

C. Total Purchase Power Agreement (PPA) Payments are $ N/A - THIS IS NOT A PPA OR LEASE.

**NOTE: YOU ARE ENTERING INTO AN AGREEMENT TO PURCHASE POWER, NOT TO PURCHASE THE SYSTEM. YOU WILL NOT OWN THE SYSTEM AFFIXED TO YOUR PROPERTY.**

Your initial rate per kilowatt-hour ("kWh") for the electricity produced by the system is $ N/A.

Your monthly payments will be the amount of the energy the system produces multiplied by the rate above.

The Initial Term of the PPA: Years ☐ N/A Months ☐ N/A

You first Payment is due on the N/A day of the first calendar month your system is energized.

YOUR PPA: HAS ☐ DOES NOT HAVE ☐ A PAYMENT ESCALATOR. If our PPA HAS a PAYMENT ESCALATOR your electricity rate will increase by N/A % per year

[1] The license number shall include the Seller's or Marketer's license number, bond information, appropriate solicitation permit and other required licenses.

| III. Fees. |
|---|
| A. Late Fee (include the circumstances triggering any late fees). (Identify the page(s) and paragraph(s) of the contract provision(s) that address this fee.) $ 0.00. **Please see Loan Agreement with approved financing entity, if any.** |
| B. System Removal Fees. (Identify the page(s) and paragraph(s) of the contract provision(s) that address this fee.) **Section 7. (a) Removal/Repair of System. You agree that if (i) the System needs any repairs that are not our responsibility under the Limited Warranty or (ii) you would like to have the System removed or moved and reinstalled to facilitate remodeling of your Home, you will have Contractor, or an Approved Subcontractor, at your expense, perform such repairs, removal and reinstallation, or relocation on a time and materials basis.** |
| C. System Removal Fees for default. (Identify the page(s) and paragraph(s) of the contract provision(s) that address this fee.) **Section 12. Remedies Upon Customer's Breach. Without limiting any of Contractor's other rights and remedies, upon any breach by you, including any failure by you to pay Contractor any amount due, Contractor shall have the right to: (i) prevent any more work from being done at your Premises until the breach is cured and a letter of credit or some other financial instrument, approved by the Contractor in its sole discretion, is provided to the Contractor by the Customer for any amounts payable under this Agreement; (ii) recover all amounts due under this Agreement for services provided through the date of termination including interest (as such amount is allowed by law); (iii) turn off or remove any System materials or equipment from your Premises by legal process or self-help, but we may not disturb the peace or violate the law; (iv) terminate this Agreement, and (v) pursue any other legal remedies including but not limited to mechanics' liens or similar remedies.** |
| D. Uniform Commercial Code Notice Removal and Refiling Fees. (Identify the page(s) and paragraph(s) of the contract provision(s) that address this fee.) $ 0.00. **Please see Loan Agreement with approved financing entity, if any.** |
| E. Maintenance Fees. (Identify the page(s) and paragraph(s) of the contract provision(s) that address this fee.) $ 0.00 . **Section 5. (g) Maintenance of Operation. Except for honoring Limited Warranty claims, which will be handled by Contractor, we will have no obligation to service, operate or maintain the System.** |
| F. Internet Connection Fees. (Identify the page(s) and paragraph(s) of the contract provision(s) that address this fee.) $ 0.00 . **Section 7. (d) SunPower Monitoring System. The SunPower Monitoring System will be installed at the same time as the installation of the System. Customer agrees to maintain and make available, at your cost, a functioning Internet connection, via either one available wired Ethernet port and standard AC power outlet within eighty (80) feet of the System's AC/DC inverter(s), secure access to your wireless home internet, or the purchase of a SunPower cellular plan at all times while it is being used. Customer also agrees to keep the SunPower Monitoring System connected at all times.** |
| G. Automated Clearing House Fees. (Identify the page(s) and paragraph(s) of the contract provision(s) that address this fee.) $ 0.00. **Please see Loan Agreement with approved financing entity, if any.** |
| H. (List one-time or recurring fees) (Identify the page(s) and paragraph(s) of the contract provision(s) that address this fee.) **Section 22. Notice of Seven-Day Right to Cancel. Cancellation Fees.** |
| I. (Add spaces as needed.) $________________. |

| IV. Tax Credits, Rebates and Incentives and Renewable Energy Certificates. The distributed energy system is eligible for the following: |
|---|
| A) (Identify Each Tax Credit) (Describe whether, the buyer, lessee, seller or marketer owns the credit, whether the seller or marketer used the credit in determining the price of the system and describe the transferability of the credit.) (Identify the page(s) and paragraph(s) of the contract provision(s) that address this credit.)<br><br>**Buyer owns any tax credit and tax credit was not used to determine the price of the System. Section 6. (a) and (b).**<br><br>**If Buyer is a customer of the El Paso Electric Company, Buyer can earn extra income from their solar panel system by participating in the renewable energy certificate purchase program. El Paso Electric will pay their customers $0.02 per kilowatt-hour of electricity generated by their solar panels.** |
| B) (Identify Each Tax Rebate) (Describe whether, the buyer, lessee, seller or marketer owns the rebate, whether the seller or marketer used the rebate in determining the price of the system and describe the transferability of the rebate.) (Describe the ownership and transferability.) (Identify the page(s) and paragraph(s) of the contract provision(s) that address this rebate.)<br><br>**Buyer owns any rebate and rebate was not used to determine the price of the System. Section 6. (a) and (b).**<br>**Even though solar increases the value of a home, the increase in value is exempt from property taxes in New Mexico.** |
| C) (Identify Each Tax Incentive) (Describe whether, the buyer, lessee, seller or marketer owns the incentive, whether the seller or marketer used the incentive in determining the price of the system and describe the transferability of the incentive.) (Identify the page(s) and paragraph(s) of the contract provision(s) that address this incentive.)<br><br>**Buyer owns any tax incentive and tax incentive was not used to determine the price of the System. Section 6. (a) and (b).**<br><br>**In New Mexico, the state's solar tax credit can reduce property owner's state tax payments by up to $6,000 or 10% off their total solar energy expenses (whichever is lower). The tax credit applies to residential, commercial, and agricultural installations.** |

**any material breach, for any failure of you to pay Contractor for any amonnt due, or for any hindrance to Contractor in the performance process. Contractor may also terminate this Agreement, in accordance with Section 2(b) above.; and** <u>**Section 22. Notice of Seven-Day Right to Cancel**</u> **Yon, Customer, have the right to cancel this Agreement within seven (7) calendar days after the date you sign this Agreement. You may cancel by e-mailing, mailing, faxing, or delivering a written notice to Contractor at Contractor's place of business by midnight of the seventh calendar day after you received a signed and dated copy of this Agreement that includes this notice. Include your name, your address, and the date you received the signed copy of this Agreement and this notice.**

3. (The transfer of the agreement between the buyer or lessee and the seller or marketer.) (Identify the page(s) and paragraph(s) of the contract provision(s) that address transferability.)

   <u>**Section 14. Assignment and Transfer of this Agreement**</u> **Contractor may assign its rights or obligations under this Agreement to a third party without Customer's consent, provided that any assignment of Contractor's obligations under this Agreement shall be to a party qualified to perform such obligation. Customer's rights and obligations under this Agreement will be automatically transferred to any party that sncceeds Customer as owner of the System.**

B) (List the restrictions pursuant to the agreement on the buyer's or lessee's ability to modify or transfer ownership of the distributed energy generation system, including whether any modification or transfer is subject to review or approval by a third party.) (Identify the page(s) and paragraph(s) of the contract provision(s) that address this tax transferability.) (Identify Third-Party Approver or Reviewer's by Name, Mailing Address and Telephone.)

<u>**Section 15. Assignment and Transfer of the Agreement.**</u> **Contractor may assign its rights or obligations under this Agreement to a third party without Customer's consent, provided that any assignment of Contractor's obligations under this Agreement shall be to a party qualified to perform such obligation. Customer's rights and obligations under this Agreement will be automatically transferred to any party that succeeds Customer as owner of the System.**

**No third-party approver or reviewer to be identified.**

C) (Whether the warranty or maintenance obligations related to the distributed energy generation system may be sold or transferred to a third party.) (Identify the page(s) and paragraph(s) of the contract provision(s) that address transferability.)

<u>**Section 5. (c) Assignment of Manufactnrers' Warranties**</u>**. To the fullest extent we are permitted to do so, we hereby assign, as of the date of your acceptance of the System, to you, as the legal owner of the System, the limited warranties from the manufacturers of the photovoltaic modules and inverters comprising the System (in particular, the SunPower Corporation residential photovoltaic modnles are subject to SnnPower Corporation's standard 25-year power output and workmanship warranty set forth on Exhibit B attached hereto; and inverters that are not factory-integrated into the System's photovoltaic modules are subject to the manufacturer's 10-year performance warranty). To the extent that we perform warranty repair work or provide warranty replacement(s) to you, we reserve the right to make a corresponding claim (if available) nnder any such manufacturers' warranties.**

<u>**(f) Transfer of Warranty**</u> **We will accept and honor any valid and properly submitted claim under the Limited Warranty made during the applicable Warranty Period by any person to whom Customer properly transfers ownership of the System.**

D) (Notice to the buyer or the lessee of the transferability of any warranty obligations to subsequent buyers or lessees.) (Identify the page(s) and paragraph(s) of the contract provision(s) that address transferability.)

<u>**Section 4. (f). Transfer of Warranty**</u>**. We will accept and honor any valid and properly submitted claim under the Limited Warranty made dnring the applicable Warranty Period by any person to whom Customer properly transfers ownership of the System.**

## VII. Performance Guarantees.

(Any performance guarantees that a seller or marketer may include in an agreement.) N/A

## VIII. Design Assumptions.

(The distributed energy generation system design assumptions, including: system size; estimated first-year production; and estimated annual system production decreases, including the overall percentage degradation over the life of the distributed energy generation system.)

**See "Important Information abont your SunPower Solar Energy System Home Improvement Contract" at pages 1 and 2. See Exhibit B 1. Limited Warranty for overall percentage degradation over the life of the System.**

## IX. Financial and Energy Savings Assumptions, Calculations and Comparative.

(The assumptions, calculations, and comparatives used to derive any financial and euergy savings assumptions in promotional or sales documents are based on historical, current, and estimated future utility costs. These are estimates and historical data is not necessarily representative of future results. Any promotional or sales material using historical data or estimates will be called out in that document.)