# Exhibit A



## Business Funding Application

### Business Information

| | |
|---|---|
| Legal Business Name: M.K. Custom Fabrication | DBA (if different): |
| Address: ~~Elizabeth~~ 46380 County Rd 17 | Suite/Floor: |
| City: Elizabeth CO 80107 | State/Zip: |
| Mailing Address (If different): 9360 Tammy Lane Parker CO 80134 | |
| Phone: 303-586-2804 | Mobile: 720-253-6822 |
| Fax: N/A | Email: kevans@mkcustomfabrication.com |
| Website: www.mkcustomfabrication.com | Industry Type: Construction |
| Legal Entity: Corp / Sole Prop / X LLC / Partnership | Federal Tax ID #: |
| Renting or Mortgage? Renting | Landlord/Mortgage Contact Number: Matt Rees 303-598-1155 |
| Monthly Rent/Mortgage Payment: $ 7,092.00 | Year Business Started: 2010 | # of Years in Business: 8 |

### Owner(s)/Principal Information

| | | | |
|---|---|---|---|
| Name: Kelly Evans | | Name: | |
| Title: Owner | % Ownership: 100 | Title: | % Ownership: |
| Date of Birth: | SS #: | Date of Birth: | SS #: |
| Address: 9360 Tammy Lane | | Address: | |
| City: Parker | State: CO | City: | State: |
| Phone: 303-586-2804 | Cell: 720-253-6822 | Phone: | Cell: |
| Email: Kevans@mkcusto... | Driver's License #: | Email: | Driver's License #: |

### Trade References (Vendors/Suppliers)

| Company Name | Contact Name | Phone Number |
|---|---|---|
| PDM Steel Service | Heidi McPherson | 303-297-1456 |
| New Millennium Building | Ricardo Almaraz | 915-298-5050 |
| ~~Idac Armijo~~ R+S Steel | Ida Armijo | 303-217-7452 |

### Funding Information

| | |
|---|---|
| Average Credit Card Sales: $ 400.00 | Average Monthly Sales: $ 300K |
| Have you ever had a cash Advance in the past? Yes X No / Number of times: 3 | |
| Current Advance Company (if any): Rapid Capital + Chase | Current Balance (if any): $ 171,832.56 |
| Desired Advance Amount: $ | Purpose of Advance: |
| Terminal Type: | # of Terminals: | Avg. Ticket Size: |

By signing this Application you authorize Vetted Partners LLC its assigns, agents, bank or financial institutions to obtain an investigative or consumer report from a credit bureau or credit agency and to investigate the references given on any other statements or date obtain from application.

| | |
|---|---|
| Signature of Applicant: *Kelly E* | Date: 2-8-18 |
| Signature of co-Applicant: | Date: |

Case 23-10622-t13   Doc 37-1   Filed 11/11/23   Entered 11/11/23 10:55:58 Page 2 of 2